IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:07CR 3 d |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER TO SEAL INFORMATION** |
| | ) | |
| CHARLES CODY ENSLEY | ) | |
| | ) | |

UPON motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the Bill of Information, the Motion to Seal Information and any other related documents be sealed.

THIS the 27 day of August, 2007.

_____
MAGISTRATE JUDGE